1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BEN GALLOWAY, Bar #14897
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ALFREDO CORRAL

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13 UNITED STATES OF AMERICA,      ) CR.S. 07-544-EFB
                                  )
14           Plaintiff,            ) STIPULATION AND ORDER
                                  )
15   v.                            ) Date:  February 26, 2008
                                  ) Time:  10:00 a.m.
16 ALFREDO CORRAL,                ) Judge: Edmund F. Brennan
                                  )
17           Defendant.            )
                                  )
18 _____ )

19

20

21

22       The United States of America, through MATTHEW C. STEGMAN,

23 Assistant United States Attorney, together with defendant, ALFREDO

24 CORRAL, by and through his counsel BEN GALLOWAY of the Federal

25 Defenders Office, stipulate that the court trial set for January 22,

26 2008, be rescheduled for Tuesday, February 26, 2008 at 10:00 a.m.  This

27 continuance is requested to accommodate the student's schedule with

28

school and defense counsel is awaiting additional discovery which may prove the dispositive of this case.

Dated: January 17, 2008                     Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Ben Galloway
                                            _____
                                            BEN GALLOWAY
                                            Staff Attorney
                                            Attorney for Defendant
                                            ALFREDO CORRAL

Dated:   January 17, 2008                   MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Matthew Stegman
                                            _____
                                            MATTHEW STEGMAN
                                            Assistant U.S. Attorney

**O R D E R**

It is hereby ORDERED that the court trial is CONTINUED to February 26, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 22, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2